| | |
|---|---|
| 1 | SULLIVAN & CROMWELL LLP |
| 2 | BRENDAN P. CULLEN (SBN 194057)<br>1870 Embarcadero Road |
| 3 | Palo Alto, California 94303<br>Telephone: (650) 461-5600 |
| 4 | Facsimile: (650) 461-5700<br>cullenb@sullcrom.com |
| 5 | SULLIVAN & CROMWELL LLP |
| 6 | DARYL A. LIBOW<br>1701 Pennsylvania Avenue, NW |
| 7 | Washington, DC 20006<br>Telephone: (202) 956-7500 |
| 8 | Facsimile: (202) 293-6330<br>libowd@sullcrom.com |
| 9 | *Attorneys for Defendant BRITISH AIRWAYS PLC* |

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRON GYMNASTICS INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation; and JOHN DOES 1-25,<br><br>Defendants. | CASE NO. CV 06-04183-EMC<br><br>**CORRECTED STIPULATION PURSUANT TO LOCAL RULE 6-1(a) AND AGREED ORDER** |

Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Biron Gymnastics ("Plaintiff") and Defendants British Airways Plc,

-1-
CORRECTED STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-04183-EMC

Virgin Atlantic Airways Ltd., and United Air Lines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.[1]

Respectfully submitted,

---

[1] This Corrected Stipulation supersedes the Stipulation filed earlier on July 31, 2006, which contained erroneous address and identifying information relating to Plaintiff and its counsel.

| | |
|---|---|
| Dated: July 31, 2006 | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP<br><br>*Craig C. Corbitt /LPC*<br>―――――――――――――――<br>CRAIG C. CORBITT<br>ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP<br>44 Montgomery St., Suite 3400<br>San Francisco, California 94104<br>T: (415) 693-0700<br>F: (415) 693-0770<br><br>*Attorney for Plaintiff Biron Gymnastics Inc.* |
| Dated: July 31, 2006 | SULLIVAN & CROMWELL LLP<br><br>―――――――――――――――<br>BRENDAN P. CULLEN (SBN 194057)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>T: (650) 461-5600<br>F: (650) 461-5700<br><br>DARYL A. LIBOW<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>T: (202) 956-7500<br>F: (202) 293-6330<br><br>*Attorneys for Defendant British Airways Plc* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date: August 1, 2006

―――――――――――――――
Honorable Edward M. Chen

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

-3-
CORRECTED STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-04183-EMC

# PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing document described as Corrected Stipulation Pursuant to Local Rule 6-1(a) and Agreed Order was served by first-class mail, postage prepaid, on July 31, 2006 to the individual listed below.

_____
Brendan P. Cullen

Craig C. Corbitt
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, California 94104
T: (415) 693-0700
F: (415) 693-0770

*Attorney for Plaintiff Biron Gymnastics Inc.*

-4-
CORRECTED STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-04183-EMC